**HELLER & EDWARDS**
Lawrence E. Heller, Esq. (Bar No. 69770)
lheller@hellerandedwards.com
9454 Wilshire Boulevard, Suite 500
BEVERLY HILLS CA 90212-2982
Telephone: (310) 550-8833
Facsimile: (310) 858-6637

*E-FILED - 12/23/09*

Attorneys for TECHNOLOGY ONE ONELINE and ISAAC COHEN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SNR, INC., a Colorado corporation, dba SOFTWARE WHOLESALE INTERNATIONAL, a Colorado corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TECHNOLOGY ONE ONLINE, a California corporation, dba TECHNOLOGY ONE dba TECHNOLOGY 1, ISAAC COHEN; and DOES 1-50 inclusive<br><br>Defendants. | Case No.: C09 02840 RMW (RSx)<br><br>Complaint filed: 06/24/09<br><br>XXXXXXXX ORDER EXTENDING THE TIME BY WHICH THE PARTIES MAY EXCHANGE AND FILE THEIR RESPECTIVE RULE 26(f) REPORTS<br><br>Courtroom: 6 [The Hon. Ronald M. Whyte] |

Good cause appearing therefor,

IT IS HEREBY ORDERED that the parties' time to exchange and file their respective Rule 26(f) Reports be extended from November 27, 2009 to December 4, 2009.

**IT IS SO ORDERED.**

DATED: 12/23, 2009.

_Ronald M. Whyte_
Hon. Ronald M. Whyte, Judge Presiding
United States District Court for the Northern District of California, San Jose Division

1